IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NANCY COOK                                                                         PLAINTIFF

v.                                                               CIVIL ACTION NO. 1:24-cv-00052-SA-RP

SAFECO INSURANCE COMPANY OF AMERICA,
A LIBERTY MUTUAL COMPANY                                      DEFENDANT

## ORDER

On February 9, 2024, Nancy Cook initiated this civil action by filing her Complaint [2] against Safeco in the Circuit Court of Clay County, Mississippi. On March 13, 2024, Safeco filed a Notice of Removal [1], removing the action to this Court on diversity grounds. Cook is pursuing claims against Safeco for negligence, breach of contract, and bad faith under Mississippi law.

On February 11, 2025, this Court granted Cook leave to amend her Complaint [2] and denied without prejudice Safeco's Motion to Dismiss [21]. *See* [53]. In its Order [53], the Court explained that it would still consider the pending Motion for Summary Judgment [42], as well as the responses thereto, despite the Motion [42] having been filed prior to the Amended Complaint [54].

Shortly before and after the entry of that Order [53], both of Cook's attorneys were separately granted approval to withdraw from her representation in this case. *See* [49, 58]. On March 24, 2025, Cook notified the Court of her intent to proceed with the case as *pro se* litigant. *See* [60].

Given Cook's *pro se* status and the fact that the summary judgment briefing was completed while she was represented by counsel, the Court finds it appropriate that Cook be allowed an opportunity to independently respond to Safeco's Motion for Summary Judgment [42] before the Court rules on the Motion [42]. The Court will still consider her former attorneys' filed Response

[45] but simply provides her an opportunity to supplement the Response [45] if she desires to do so. Cook shall have fourteen (14) days from the entry of this order to submit a supplemental response to the pending Motion for Summary Judgment [42]. Safeco will have seven (7) days to file a reply to any supplemental response filed by Cook, if it desires to do so. The Court will thereafter issue a ruling in due course.

    SO ORDERED, this the 2nd day of May, 2025.

                                      /s/ Sharion Aycock
                                      SENIOR UNITED STATES DISTRICT JUDGE